IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARWAN ISA BELION,

    Plaintiff,

v.                                     CASE NO. 5:16-cv-335-WTH-GRJ

BAY COUNTY JAIL,

    Defendant.

_____/

## REPORT AND RECOMMENDTION

Plaintiff, an inmate at the Bay County Jail, initiated this case by filing a *pro se* civil rights complaint, ECF No. 1. Because Plaintiff failed to use this Court's form for prisoner civil rights complaints and failed to either pay the filing fee or move for leave to proceed as a pauper, the Court ordered Plaintiff to file an amended complaint and IFP motion on or before February 16, 2017. ECF No. 4. Plaintiff was warned that failure to comply would result in a recommendation that this case be dismissed without further notice. *Id*. The order was returned as undeliverable. ECF No. 5. Plaintiff failed to file a change of address with the Court.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and failure to comply

with an order of the Court.

    **IN CHAMBERS** this 2nd day of March 2017.

                        *s/Gary R. Jones*
                        GARY R. JONES
                        United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**